for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter* and *Paul D. Miller* for the United States.

No. 206. THORM ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. P. J. McCumber* and *Frederic M. P. Pearse* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 207. MAGINNIS ET AL. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. William A. Hines* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Charles F. Kincheloe, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 208. YASUJI FUJITA *v.* NAGLE, COMMISSIONER OF IMMIGRATION. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Warren H. Lewis* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.

No. 210. LA SALLE CEMENT CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE; and

No. 211. ALPHA PORTLAND CEMENT CO. *v.* SAME. October 17, 1932. Petition for writs of certiorari to the Cir-